Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LICON, | Case No.: 3:16-cv-1700 EMC |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |
| v. | |
| KRAFT FOODS GROUP, INC. DISABILITY PLAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

The undersigned hereby attest that all signatories to this Stipulation, and all parties on whose behalf the filing is submitted, have authorized its filing.

Dated: October 5, 2016          BOLT KEENLEY KIM LLP


By:/s/ Brian H. Kim
   BRIAN H. KIM
   Attorneys for Plaintiff

Dated: October 5, 2016          GORDON & REES LLP


By:/s/ Tino X. Do
   TINO X. DO
   Attorneys for Defendant

## [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the parties' Stipulated Request for Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: October 7, 2016

Judge Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Case No.: 3:16-cv-1700 EMC          2          STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER